AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Manuel Gonzalez-Jose | ) Case No. 8:16-MJ-1637-T-AAS |
| | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 28, 2016 _____ in the county of _____ Pinellas _____ in the

_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 8 U.S.C. § 1326(a) | Alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Gloria Munoz, Deportation Officer, ICE-ERO
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 9/29/2016

_____
_Judge's signature_

City and state:  _____ Tampa, Florida _____

Amanda A. Sansone, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Gloria Munoz, being duly sworn, hereby depose and state as follows:

1.      I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law enforcement officer since December 31, 2007.

2.      As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3.      This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of other law enforcement officers and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation, but does document the probable cause to charge Manuel Gonzalez-Jose, a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a).

## FACTS AND CIRCUMSTANCES

4.      On September 28, 2016, the Tampa ICE-ERO office was notified by the Hillsborough County Jail that Manuel Gonzalez-Jose was unlawfully present in

1

the United States after having been previously deported.

5.     On September 28, 2016, ICE-ERO officers found Manuel Gonzalez-Jose outside the Hillsborough County Jail in Tampa, Hillsborough County, Florida, within the Middle District of Florida.

6.     I performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to Manuel Gonzalez-Jose. Upon review of these documents, I determined that Manuel Gonzalez-Jose is a native and citizen of Mexico and is illegally in the United States. I also found that he had been deported from the United States to Mexico on or about September 10, 2011, and on or about October 15, 2011.

7.     Fingerprints taken of Manuel Gonzalez-Jose were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removal from the United States. IAFIS indicates that they are from the same person.

8.     Computer record checks also indicate that Manuel Gonzalez-Jose was convicted of Child Impregnation in Tampa, Hillsborough County, Florida, on or about September 28, 2016.

9.     No information exists, either in the A-file documents or the computer databases, that Manuel Gonzalez-Jose had either requested or received permission from any immigration official to re-enter the United States after his deportation.

## CONCLUSION

10.      Based on the foregoing facts, I believe there is probable cause to establish that Manuel Gonzalez-Jose, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a).

Further affiant sayeth naught.

GLORIA MUNOZ
Deportation Officer, ICE ERO

Sworn to and subscribed before me

this 29 day of September, 2016,

in Tampa, Florida.

AMANDA A. SANSONE
United States Magistrate Judge

3